**United States District Court**
For the Northern District of California

**\*E-FILED 11/05/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | No. C 09-05944 RS |
| Plaintiff, | |
| v. | **ORDER** |
| KYM MECHANICAL, | |
| Defendant. | |

Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS the matter to a Magistrate Judge for a Judgment Debtor Exam hearing. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. Counsel are directed, if they do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, to please contact this Court's Courtroom Deputy, Corinne Lew at 415-522-2123.

**IT IS SO ORDERED.**

Dated: 11/05/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE