**ERSKINE & TULLEY**
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 315
SAN FRANCISCO, CA 94104
PHONE: (415) 392-5431 FAX (415) 392-1978

PLEASE REPLY TO: 3030 BRIDGEWAY, SUITE 121
SAUSALITO, CA 94965
PHONE: (415) 729-9006
FAX: (415) 729-9023
e-mail: mjcarrll@pacbell.net

February 1, 2011

Ms. Brenda Tolbert, Court Deputy for the
    Honorable Magistrate Judge Maria-Elena James
United States District Court
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  Board of Trustees of the Sheet Metal Workers, et al.
     vs. Kym Mechanical, etc.
     Case No. C 09 5944 RS (MEJ)

Dear Ms. Tolbert:

This letter will confirm our communication this week.

I request that the Order of Examination of Chester Lax set for February 3, 2011 be taken off calendar. The parties have met informally and no new date is needed at this time.

Thank you for your help in this matter.

Yours very truly,
/s/

Michael J. Carroll

MJC/da

IT IS SO ORDERED:

Dated: 2/3/11

Timothy J. Bommer
United States Magistrate Judge