```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 231
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  FAX: (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET   )   NO. C 09 5944 RS (MEJ)
    METAL WORKERS, et al.,           )
12                                   )   ORDER OF EXAMINATION
                       Plaintiffs,   )
13                                   )
              vs.                    )
14                                   )
    KYM MECHANICAL, etc.,            )
15                                   )
                                     )
16                     Defendant.    )
    _____  )
17
    To:  Richard Applegate
18       Applegate Johnson Inc.
         1016 - 12th Street
19       Modesto, CA 95354

20          You the above named custodian of records of Applegate

21  Johnson Inc. ARE HEREBY ORDERED to appear personally on Monday, August

22  6, 2012 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom B, 15th

23  Floor, San Francisco, CA, before the Magistrate Judge Maria-Elena

24  James then and there to be examined on oath concerning your property

25  or other matters material to the proceedings.

26          You are ordered to bring with you the following documents:

27          1.  Copies of all purchase orders, change orders accepted

28  bids, invoices, and contracts which relate in any way to work
```

ORDER OF EXAMINATION                                              1

performed by debtor KYM Mechanical, a corporation, formerly doing business as JAYCO Mechanical for you during the period from January 1, 2009 to date;

       2.  All accounts payable lists generated by the Company from January 1, 2009 to date which list the judgment debtor KYM Mechanical;

       3.  All documents related to any loans to debtor by any present or former shareholders, officers or employees of Applegate Johnson Inc.;

       4.  Copies of contracts and all internal memoranda and accounting information about jobs from January 1, 2009 to present using KYM Mechanical, a corporation, formerly doing business as JAYCO Mechanical.

       NOTICE TO RICHARD APPLEGATE:  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: ___June 25, 2012_____

                                     _____
                                       Magistrate Judge Maria-Elena James

ORDER OF EXAMINATION                                                  2