```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>                Plaintiffs,<br><br>    vs.<br><br>KYM MECHANICAL, etc.,<br><br>                Defendant. | NO. C 09 5944 RS (MEJ)<br><br><u>ORDER OF EXAMINATION</u> |

To: Richard Applegate
    Applegate Johnson Inc.
    1016 – 12th Street
    Modesto, CA 95354

    You the above named custodian of records of Applegate Johnson Inc. ARE HEREBY ORDERED to appear personally on Monday, September 24, 2012 at 9:30 a.m. at 450 Golden Gate Avenue, Courtroom B, 15th Floor, San Francisco, CA, before the Magistrate Judge Maria-Elena James then and there to be examined on oath concerning your property or other matters material to the proceedings.

    You are ordered to bring with you the following documents:

    1.    Copies of all purchase orders, change orders accepted bids, invoices, and contracts which relate in any way to work

performed by debtor KYM Mechanical, a corporation, formerly doing business as JAYCO Mechanical for you during the period from January 1, 2009 to date;

    2. All accounts payable lists generated by the Company from January 1, 2009 to date which list the judgment debtor KYM Mechanical;

    3. All documents related to any loans to debtor by any present or former shareholders, officers or employees of Applegate Johnson Inc.;

    4. Copies of contracts and all internal memoranda and accounting information about jobs from January 1, 2009 to present using KYM Mechanical, a corporation, formerly doing business as JAYCO Mechanical.

    NOTICE TO RICHARD APPLEGATE: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: __August 10, 2012_____

_____
Magistrate Judge Maria-Elena James

ORDER OF EXAMINATION      2